STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:     541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 22 2000

at \_\_ o'clock and \_\_ min \_\_ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>KENNETH WILLIAMS,　　(01)<br>and BRADLEY ENDRIZAL.　(02)<br><br>　　　　　　Defendants. | CR. NO. CR00-00114 DAE<br><br>INDICTMENT<br><br>[Title 21 U.S.C. Sections<br>841(a)(1), 841(b)(1)(D),<br>846, 952(a), and 960(b)(4)] |

INDICTMENT

COUNT 1:

The Grand Jury charges that:

From on or about January, 2000, to and including March 7, 2000, in the District of Hawaii, and elsewhere,

**KENNETH WILLIAMS,**
**and**
**BRADLEY ENDRIZAL**

defendants herein, did willfully and unlawfully conspire together with each other, and others known and unknown to the grand jury, to

knowingly and intentionally possess with intent to distribute, marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

It was the object of the aforesaid conspiracy to possess for distribution marijuana in Hawaii.

## OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendants performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1. During the early part of the month of January 2000, ENDRIZAL placed a call from Hawaii, to WILLIAMS in Canada, to arrange for WILLIAMS to bring ten pounds of Canadian marijuana to Hawaii.

2. In the early part of January 2000, WILLIAMS distributed the ten pounds of Canadian marijuana to ENDRIZAL in Hawaii.

3. ENDRIZAL paid WILLIAMS $50,000 for the ten pounds of Canadian marijuana.

4. During the later part of the month of January 2000, ENDRIZAL placed a call from Hawaii, to WILLIAMS in Canada, to arrange for WILLIAMS to bring another ten pounds of Canadian marijuana to Hawaii.

5. In the later part of January 2000, WILLIAMS distributed the second shipment of ten pounds of Canadian marijuana to ENDRIZAL in Hawaii.

6.  ENDRIZAL paid WILLIAMS $44,000 for the ten pounds of Canadian marijuana and WILLIAMS therefore agreed to allow ENDRIZAL to pay him the balance of $6,000 U.S. currency on his next delivery to ENDRIZAL.

7.  During the month of February 2000, ENDRIZAL placed a call from Hawaii, to WILLIAMS in Canada, to arrange for WILLIAMS to bring twenty pounds of Canadian marijuana to Hawaii.

8.  On March 6, 2000, ENDRIZAL met with WILLIAMS in Hawaii and paid to WILLIAMS the $6,000 owed from the second transaction that occurred in late January, 2000.

9.  On March 7, 2000, ENDRIZAL met with WILLIAMS in a hotel room in Honolulu, Hawaii and took possession of the twenty-one pounds of Canadian marijuana that WILLIAMS imported from Canada.

10. ENDRIZAL made a partial payment of $22,500 in U.S. currency to WILLIAMS for the twenty-one pounds of Canadian marijuana.

All in violation of Title 21, United States Code, Section 846.

COUNT 2:

The Grand Jury further charges that:

From on or about January, 2000, to and including March 7, 2000, in the District of Hawaii, and elsewhere,

**KENNETH WILLIAMS,
and
BRADLEY ENDRIZAL**

defendants herein, did willfully and unlawfully conspire together with each other, and others known and unknown to the grand jury, to

knowingly and intentionally import into the customs territory of the United States from any place outside thereof, a controlled substance, to wit: marijuana; in violation of Title 21, United States Code, Sections 952(a), 960(b)(4).

It was the object of the aforesaid conspiracy to import marijuana from Canada into Hawaii.

## OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendants performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1. During the early part of the month of January 2000, ENDRIZAL placed a call from Hawaii, to WILLIAMS in Canada, to arrange for WILLIAMS to bring ten pounds of Canadian marijuana to Hawaii.

2. In the early part of January 2000, WILLIAMS drove across the border from Canada into the United States with ten pounds of Canadian marijuana that was to be distributed to ENDRIZAL and caught an airplane to Hawaii.

3. In the early part of January 2000, WILLIAMS distributed the ten pounds of Canadian marijuana to ENDRIZAL in Hawaii.

4. ENDRIZAL paid WILLIAMS $50,000 for the ten pounds of Canadian marijuana.

5. During the later part of the month of January 2000, ENDRIZAL placed a call from Hawaii, to WILLIAMS in Canada, to

arrange for WILLIAMS to bring another ten pounds of Canadian marijuana to Hawaii.

6.  In the later part of January 2000, WILLIAMS drove across the border from Canada into the United States with the second shipment of ten pounds of Canadian marijuana that was to be distributed to ENDRIZAL and caught an airplane to Hawaii.

7.  In the later part of January 2000, WILLIAMS distributed the second shipment of ten pounds of Canadian marijuana to ENDRIZAL in Hawaii.

8.  ENDRIZAL paid WILLIAMS $44,000 for the ten pounds of Canadian marijuana and WILLIAMS therefore agreed to allow ENDRIZAL to pay him the balance of $6,000 U.S. currency on his next delivery to ENDRIZAL.

9.  During the month of February 2000, ENDRIZAL placed a call from Hawaii, to WILLIAMS in Canada, to arrange for WILLIAMS to bring twenty pounds of Canadian marijuana to Hawaii.

10. On March 4, 2000, WILLIAMS drove across the border from Canada into the United States with twenty-one pounds of Canadian marijuana that was to be distributed to ENDRIZAL.

11. On March 6, 2000, ENDRIZAL met with WILLIAMS in Hawaii and paid to WILLIAMS the $6,000 owed from the second transaction that occurred in late January, 2000.

12. On March 7, 2000, ENDRIZAL met with WILLIAMS in a hotel room in Honolulu, Hawaii and took possession of the twenty-one pounds of Canadian marijuana that WILLIAMS imported from Canada.

13. ENDRIZAL made a partial payment of $22,500 in U.S. currency to WILLIAMS for the twenty-one pounds of Canadian marijuana.

DATED: MAR 22 2000 , 1999 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

[signature]
_____
STEVEN S. ALM
United States Attorney
District of Hawaii

[signature]
_____
ELLIOT ENOKI
First Assistant U.S. Attorney

[signature]
_____
CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. vs. Kenneth Williams, et al.
"Indictment"
Cr. No.